# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

FILED
JAN 3 0 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff, **Matthew Baggs**

v.

Case No. **20-1045**

Defendant(s). **DCFS, Matthew O'Marah**

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of **Illinois** (state), who resides at **127 Kerfoot St E. Peoria**, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant **Matthew O'Marah** is employed as a
(a) (Name of First Defendant)
**Child Protection Specialist**
(b) (Position/Title)
with **DCFS; 2001 NE Jefferson St, Peoria IL 61603**
(c) (Employer's Name and Address)

1

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: MR. O'MARAH CAME INTO MY HOUSE & FORCED ME ONTO THE STREET. HE TOLD ME I COULDN'T BE AROUND MY SON. I REPORTED ABUSE TO MY SON ON MY STEP-DAD & HE BEGAN HARRASSING ME & MY FAMILY, I ASKED WHY HE WAS VIOLATING MY RIGHTS & HE SAID HIS POLICY TRUMPS THEM (RECORDED)

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: THE POLICY STATES THAT IF YOU HAVE UNFOUNDED CLAIMS THEY CAN BE USED TO KIDNAP VICTIM'S CHILDREN. THEY ALSO DO NO BACKGROUND INVESTIGATION BEFORE KIDNAPPING CHILDREN.

**Defendant #2:**

C. Defendant OFFICER GANN is employed as a
(a) (Name of Second Defendant)
PATROLMAN
(b) (Position/Title)
with E.P. POLICE, 201 WEST WASHINGTON ST, E. PEORIA 61611
(c) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: OFFICERS WERE USED TO THREATEN AND INTIMIDATE VICTIM OUT OF HIS RIGHTS.

2

**Defendant #3:**

D.   Defendant _____ is employed as a
                            (a) (Name of Third Defendant)

_____
                            (b) (Position/Title)

with _____
                            (c) ) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☐   ☒ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1. Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2. Date of Filing:

    3. Case Number:

    4. Jurisdiction/Court:

    5. Name of Judge:

    6. Issues Raised:

    7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    8. Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about __1/27/20__ (month, day, year), at approximately __2:50__
☐ a.m. ☒ p.m., plaintiff was present in the municipality (or unincorporated area of) __EAST PEORIA__, in the County of __TAZEWELL__, in the State of Illinois, at __127 KERFOOT ST__,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☒ other *(please explain)*: __Threatened to kidnap my kids if I didn't go live on the street, Everything is Recorded__

2. Plaintiff was charged with one or more crimes, specifically:
   _____
   _____

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☐ other: _____

_____
_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

On 1/24/20 I filed child abuse with EPPO on step father. On 1/27/20 Matthew O'Marah came to my house after recieving a report. He came to my house an imidiatly began victimizing me (Recorded) He told me He would kidnap my children (He had no order from Judge) if I didn't sign papers and leave my house. I told him I am the victim as my step father beat me when confronted about hitting my son and he is now on the run. He didn't care. I told him he needed warrants & a judge signed order. He told me no I don't. I asked him if His rules trump federally protected Rights he said yes. When pressed He said either sign or I am taking your kids. I signed with a non legal signature to prevent kidnapping.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:
1st, 5th, 6th, 4th, Amendment rights violated. Due to the terroristic threats both victim & victim's children suffer undue emotional distress. Victim's mother also has undue stress.

7. Plaintiff asks that this case be tried by a jury. ☒ Yes ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 600,000 to compensate for *(check all that apply)*:

    - ☐ bodily harm
    - ☒ emotional harm
    - ☒ pain and suffering
    - ☐ loss of income
    - ☒ loss of enjoyment of life
    - ☐ property damage

2. Punitive Damages:   ☒ Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 1/30/2020

Signature of Plaintiff: *[signature]*

Plaintiff's Name *(print clearly or type)*: MATTHew BAGGS

Mailing Address: 127 Kerfoot ST

City: E. PeoRiA   State: IL   Zip: 61611

Plaintiff's Telephone Number: (309) 713-5990